UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Ofiong Louis Sanders,   Civil 08-6262 ADM/FLN

    Petitioner,

v.   O R D E R

Commissioner Joan Fabian,

    Respondent.

_____

Based upon the Findings of Fact, Conclusions of Law, and Recommendation by United States Magistrate Judge Franklin L. Noel dated June 16, 2009, all the files and records, and no objections having been filed to said Report and Recommendation,

**IT IS HEREBY ORDERED** that:

1. Petitioner's application for habeas corpus relief under 28 U.S.C. Section 2254 [#1] is DENIED;

2. Petitioner's "Motion for Evidentiary Hearing" [#13] is DENIED;

3. Petitioner's "Motion for Expediated [sic] Review of New Evidence for Evidentiary Hearing" [#14] is DENIED; and

4. This action is DISMISSED.


DATED: July 14, 2009          s/ Ann D. Montgomery
at Minneapolis, Minnesota     JUDGE ANN D. MONTGOMERY
                                   United States District Court